NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE 213 PARTNERS, LLC

---

2011-1021

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination No. 90/007,589.

---

## JUDGMENT

---

DOUGLAS CHUROVICH, Polster, Lieder, Woodruff & Lucchesi, L.C., of St. Louis, Missouri, argued for appellant.

BRIAN T. RACILLA, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and THOMAS W. KRAUSE, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, LINN, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 12, 2011         /s/ Jan Horbaly
Date              Jan Horbaly
Clerk